# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JASON GALVAN, )<br>)<br>Defendant. ) | CASE NO. 8:02CR6<br><br><br>ORDER |

This matter is before the Court on the government's motion to dismiss (Filing No. 35) the Petition for Offender Under Supervision at Filing No. 31.

IT IS ORDERED:

1. The government's motion to dismiss (Filing No. 35) the Petition for Offender Under Supervision at Filing No. 31 is granted; and

2. The Petition for Offender Under Supervision (Filing No. 31) is dismissed.

DATED this 6th day of May, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge